IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

DEC 12 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-32-M-DLC |
| Plaintiff, | ORDER |
| vs. | |
| ALBERTO HERNANDEZ, JR., | |
| Defendant. | |

THIS matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed the motion, the Court finds:

1    The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and (2).

2.   A preliminary order of forfeiture was entered on October 7, 2019. (Doc. 26.)

3.   All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 28.)

4.   It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2).

It is therefore ORDERED that:

1

1. The motion for final order of forfeiture (Doc. 30) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (2), free from the claims of any other party, the following property:

- $1,579.50 in U.S. Currency; and
- One black LG cell phone with cracked screen (1B1).

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 12th day of December, 2019.

Dana L. Christensen, Chief Judge
United States District Court